In the Matter of a Plan of Readjustment of the Rights of Holders of Investments in a Mortgage Covering 214–218 Ross STREET, BOROUGH OF BROOKLYN, Guaranteed by Bond and Mortgage Guarantee Company. (Guarantee No. 185,958. Plan No. 1084.) CULLEN & DYKMAN et al., Respondents; MARIE-LOUISE F. PLATT et al., Appellants.— The order appealed from fixes the compensation of the attorneys for the successor trustee for the benefit of certificate holders of a certain guaranteed mortgage and the fee to be paid

to a real estate appraiser for their services, in a condemnation proceeding affecting the trust property. Order affirmed, without costs. No opinion. Nolan, P. J., Adel, Wenzel, Schmidt and Beldock, JJ., concur.